UNITED STATES, Appellee

v

FRANK A. HOLTON, JR., Private, U. S. Marine Corps, Appellant

No. 28,394

July 5, 1974

*Captain D. A. Higley,* USMC, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel P. N. Kress,* USMC, and *Lieutenant Thomas L. Earp,* JAGC, USNR, were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

PER CURIAM:

For the reasons set out in United States v Sierra-Albino, 23 USCMA 63, 48 CMR 534 (1974), the decision of the Court of Military Review is reversed and the action of the convening authority is set aside. The record of trial is returned to the Judge Advocate General for submission to a different convening authority for appropriate review of the record of trial.

Chief Judge DUNCAN did not participate in this case.